UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Christy Walker-Schaut, | Case No.: 3:23-cv-05944 |
| Plaintiff, | CLASS ACTION COMPLAINT |
| v. | JURY DEMAND |
| Lido Labs Holding Company, | |
| Defendant. | |

## INTRODUCTION

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls…. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2. Defendant Lido Labs Holding Company ("Lido Labs") has contributed to this barrage of telephone spam by initiating illegal text messages to Plaintiff Christy Walker-Schaut ("Walker-Schaut").

3. Walker-Schaut wants this telephone spam to stop. Many others do as well. Walker-Schaut's counsel has over two dozen other clients who have reported more than 1,000

CLASS COMPLAINT - 1

1  unsolicited SMS spam from Lido Labs. Fourteen of these other clients are residents of
2  Washington.
3      4.    Walker-Schaut brings this action individually, and on behalf of putative class
4  members, to seek injunctive relief and damages.

## JURISDICTION AND VENUE

6      5.    This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331
7  because this action arises under the TCPA. 47 U.S.C § 227.
8      6.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a significant
9  portion of the events giving rise to this lawsuit occurred in this district.
10     7.    This Court has supplemental jurisdiction over the state claims under
11 28 U.S.C § 1367.

## PARTIES

13     8.    Plaintiff Christy Walker-Schaut is a resident of Woodland, Washington
14     9.    Defendant Lido Labs Holding Company is a Delaware-registered company with
15 its principal place of business in Las Vegas, NV.

## FACTUAL ALLEGATIONS

17     10.    Walker-Schaut's home, phone, and privacy been invaded by Lido Labs's non-
18 emergency text messages.
19     11.    Walker-Schaut is the residential subscriber of the cell phone number 360-355-
20 2141. Walker-Schaut uses this phone number at home. Walker-Schaut makes and takes personal
21 calls and text messages on this phone number.
22     12.    The 360 area code is an area code assigned to phone numbers in the State of
23 Washington.
24     13.    Walker-Schaut registered the number 360-355-2141 on the national Do Not Call
25 Registry ("DNCR") on July 26, 2022.
26     14.    Lido Labs has initiated at least 65 unwanted and unsolicited text messages to
27 Walker-Schaut from the short code 97887, including the following:
28

CLASS COMPLAINT - 2

i. <u>May 22, 2023 at 7:51pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/Cty:2X3JU Reply STOP to quit text

ii. <u>May 22, 2023 at 7:52pm UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/Cu0:2X3JU Reply STOP to quit text

iii. <u>May 23, 2023 at 3:33pm UTC</u>
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/CxS:2X3JU Reply STOP to quit text

iv. <u>May 24, 2023 at 3:36pm UTC</u>
Christy Affordable Govt. Owned Homes are available in our area! Click here to search New HUD Foreclosed homes: 1rto.club/b/CyR:2X3JU Reply STOP to quit text

v. <u>May 25, 2023 at 3:34pm UTC</u>
Christy Find your dream home! Fill out this form to see new properties in our area. Start Searching for Free: 1rto.club/b/D0W:2X3JU Reply STOP to quit text

vi. <u>May 26, 2023 at 3:34pm UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/D2l:2X3JU Reply STOP to quit text

vii. <u>May 27, 2023 at 3:34pm UTC</u>
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/D4g:2X3JU Reply STOP to quit text

viii. <u>Aug 22, 2023 at 3:39pm UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/Exn:2X3JU Reply STOP to quit text

ix. <u>Aug 23, 2023 at 3:33pm UTC</u>
Christy Check out the new Utility Bill Relief Act! Enter your info here to find Free Public Utility Assistance: 1rto.info/b/Eyy:2X3JU Reply STOP 2 Quit

x. <u>Aug 24, 2023 at 3:40pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/F1A:2X3JU Reply STOP to quit text

xi.  Aug 25, 2023 at 3:40pm UTC
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/F25:2X3JU Reply STOP to quit text

xii.  Aug 26, 2023 at 3:40pm UTC
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/F5G:2X3JU Reply STOP to quit text

xiii.  Aug 27, 2023 at 3:40pm UTC
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/F5H:2X3JU Reply STOP to quit text

xiv.  Aug 28, 2023 at 3:40pm UTC
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/F5I:2X3JU Reply STOP to quit text

xv.  Aug 29, 2023 at 3:35pm UTC
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/F6e:2X3JU Reply STOP to quit text

xvi.  Aug 30, 2023 at 3:41pm UTC
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/F84:2X3JU Reply STOP to quit text

xvii.  Aug 31, 2023 at 3:41pm UTC
Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/F9l:2X3JU Reply STOP to quit text

xviii.  Sep 2, 2023 at 12:19am UTC
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/FAs:2X3JU Reply STOP to quit text

xix.  Sep 2, 2023 at 3:35pm UTC
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/FAv:2X3JU Reply STOP to quit text

xx.  Sep 3, 2023 at 3:36pm UTC
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/FAw:2X3JU Reply STOP to quit text

| | | |
|---|---|---|
| | xxi. | Sep 5, 2023 at 3:41pm UTC<br>Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/FAx:2X3JU Reply STOP to quit text |
| | xxii. | Sep 6, 2023 at 3:41pm UTC<br>Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/FGJ:2X3JU Reply STOP to quit text |
| | xxiii. | Sep 7, 2023 at 3:40pm UTC<br>Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/FII:2X3JU Reply STOP to quit text |
| | xxiv. | Sep 8, 2023 at 3:41pm UTC<br>Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/FJ4:2X3JU Reply STOP to quit text |
| | xxv. | Sep 9, 2023 at 3:40pm UTC<br>Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/FLl:2X3JU Reply STOP to quit text |
| | xxvi. | Sep 10, 2023 at 3:40pm UTC<br>Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/FLm:2X3JU Reply STOP to quit text |
| | xxvii. | Sep 11, 2023 at 3:41pm UTC<br>Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/FLn:2X3JU Reply STOP to quit text |
| | xxviii. | Sep 12, 2023 at 3:38pm UTC<br>Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/FP4:2X3JU Reply STOP to quit text |
| | xxix. | Sep 13, 2023 at 3:38pm UTC<br>Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/FQ1:2X3JU Reply STOP to quit text |
| | xxx. | Sep 14, 2023 at 3:38pm UTC<br>Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/FS8:2X3JU Reply STOP to quit text |
| | xxxi. | Sep 15, 2023 at 3:38pm UTC<br>Christy Are you in need of emergency funds? Claim your Free Personalized |

CLASS COMPLAINT - 5

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

Financial Assistance program here: 1rto.club/b/FTG:2X3JU Reply STOP to quit text

xxxii. <u>Sep 16, 2023 at 3:38pm UTC</u>
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.info/b/FWk:2X3JU Reply STOP to quit text

xxxiii. <u>Sep 17, 2023 at 3:38pm UTC</u>
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/FWn:2X3JU Reply STOP to quit text

xxxiv. <u>Sep 18, 2023 at 3:38pm UTC</u>
Christy Check out the new Utility Bill Relief Act! Enter your info here to find Free Public Utility Assistance: 1rto.info/b/FWm:2X3JU Reply STOP 2 Quit

xxxv. <u>Sep 20, 2023 at 3:33am UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/FaR:2X3JU Reply STOP to quit text

xxxvi. <u>Sep 20, 2023 at 3:38pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/Fbh:2X3JU Reply STOP to quit text

xxxvii. <u>Sep 21, 2023 at 3:33pm UTC</u>
Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/FdU:2X3JU Reply STOP to quit text

xxxviii. <u>Sep 22, 2023 at 3:39pm UTC</u>
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/Fen:2X3JU Reply STOP to quit text

xxxix. <u>Sep 23, 2023 at 3:38pm UTC</u>
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/Fgy:2X3JU Reply STOP to quit text

xl. <u>Sep 24, 2023 at 3:38pm UTC</u>
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/Fh0:2X3JU Reply STOP to quit text

xli. <u>Sep 25, 2023 at 3:38pm UTC</u>
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/Fh2:2X3JU Reply STOP to quit text

xlii.  <u>Sep 26, 2023 at 3:42pm UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/Fji:2X3JU Reply STOP to quit text

xliii.  <u>Sep 27, 2023 at 3:38pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/FkP:2X3JU Reply STOP to quit text

xliv.  <u>Sep 28, 2023 at 3:38pm UTC</u>
Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/FnN:2X3JU Reply STOP to quit text

xlv.  <u>Sep 29, 2023 at 3:40pm UTC</u>
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/Fo5:2X3JU Reply STOP to quit text

xlvi.  <u>Oct 1, 2023 at 12:12pm UTC</u>
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/FqM:2X3JU Reply STOP to quit text

xlvii.  <u>Oct 1, 2023 at 3:47pm UTC</u>
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/FqO:2X3JU Reply STOP to quit text

xlviii.  <u>Oct 2, 2023 at 3:39pm UTC</u>
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/FqQ:2X3JU Reply STOP to quit text

xlix.  <u>Oct 3, 2023 at 5:44pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/Fu0:2X3JU Reply STOP to quit text

l.  <u>Oct 4, 2023 at 8:08pm UTC</u>
Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/Fwn:2X3JU Reply STOP to quit text

li.  <u>Oct 5, 2023 at 3:39pm UTC</u>
Hey, Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.info/b/Fwx:2X3JU Reply STOP to quit text

lii.   Oct 6, 2023 at 3:39pm UTC
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/Fym:2X3JU Reply STOP to quit text

liii.  Oct 7, 2023 at 3:39pm UTC
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/Fyo:2X3JU Reply STOP to quit text

liv.   Oct 8, 2023 at 3:39pm UTC
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/Fyq:2X3JU Reply STOP to quit text

lv.    Oct 9, 2023 at 3:39pm UTC
Christy Are you in need of emergency funds? Claim your Free Personalized Financial Assistance program here: 1rto.club/b/G3A:2X3JU Reply STOP to quit text

lvi.   Oct 10, 2023 at 3:39pm UTC
Hey Christy all citizens and residents are eligible to receive this grant. You will never have to repay! 1rto.info/b/G4w:2X3JU Reply STOP to quit text

lvii.  Oct 11, 2023 at 3:39pm UTC
Christy Check out the Free Section 8 Assistance Guide. Click here to get info on Finding Affordable Housing! 1rto.club/b/G5q:2X3JU Reply STOP to quit text

lviii. Oct 12, 2023 at 3:39pm UTC
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/G8K:2X3JU Reply STOP to quit text

lix.   Oct 13, 2023 at 3:39pm UTC
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/G9v:2X3JU Reply STOP to quit text

lx.    Oct 14, 2023 at 3:39pm UTC
Christy Check out the new Utility Bill Relief Act! Enter your info here for Free Public Utility Assistance: 1rto.club/b/GAB:2X3JU Reply STOP to quit text

lxi.   Oct 16, 2023 at 8:48am UTC
Christy I qualified for public help to pay for last month's rent. Check here for your Free Rental Assistance: 1rto.club/b/GAD:2X3JU Reply STOP to quit text

lxii.  Oct 16, 2023 at 3:39pm UTC
Christy Are you in need of emergency funds? Claim your Free Personalized

CLASS COMPLAINT - 8

LawHQ, P.C.
299 S. MAIN ST. STE 1300
SALT LAKE CITY, UT 84111
385-285-1090

        Financial Assistance program here: 1rto.club/b/GAF:2X3JU Reply STOP to quit text

lxiii.    <u>Oct 17, 2023 at 3:40pm UTC</u>
Christy Check out the Free Section 8 Assistance available in our area. Click here to find affordable housing: 1rto.club/b/GED:2X3JU Reply STOP to quit text

lxiv.    <u>Oct 18, 2023 at 3:40pm UTC</u>
Christy There are Financial Grant Programs available in our area! Click here to receive Free Help on Bills! 1rto.club/b/GFk:2X3JU Reply STOP to quit text

lxv.    <u>Oct 19, 2023 at 4:23pm UTC</u>
Hey, Christy Don't Miss Out on Your Stimulus Relief. Claim your Free Guide and Resources Here: 1rto.info/b/GIG:2X3JU Reply STOP to quit text

15. Lido Labs did not disclose its identity in the text messages.

16. Rather, Lido Labs hid their identity because they know they are sending unsolicited telephone spam in violation of the TCPA and related state laws.

17. Lido Labs admits on its website that they send text messages from the short code 97887. See https://login.lidolabs.com/info/terms.jsf. Thus, these text messages were sent by Lido Labs.

18. The purpose of the text messages was to sell goods and services.

19. While Lido Lab stated in the text messages things like "Claim your free Guide," this is merely a front for Lido Lab's primary purpose of its invasive telephone solicitations, which is to generate money by selling goods and services.

20. For example, eighteen of the text messages contain URLs that when clicked direct to https://section-8assistance.com/get-started wherein there is a webform to access a Guide for Section 8 housing assistance. The disclaimer on this website says that by submitting the webform users "agree to receive marketing calls and/or text messages from section-8assistance.com, our Marketing Partner Medigap Life and other Marketing Partners." MEDIGAP LIFE is a leading insurance brokerage company.

21. When a user fills out the webform at https://section-8assistance.com/get-started, before the user can access the Guide, the user is asked nearly a dozen questions for the purpose

CLASS COMPLAINT - 9

of generating marketing leads for Lido Labs marketing partners. These questions include whether the user needs a bank account, debt relief, or tax relief. The questions include whether the user has been injured and would like to participate in any mass torts such as Camp Lejeune, Hernia Mesh, etc. Depending on how the user responds to the survey questions, they are redirected immediately to websites offering legal services such as jouraslaw.com, and to websites offering personal and auto loans such as onemainfinancial.com.

22. On information and belief, Lido Labs initiated the text messages using an automated system that randomly or sequentially generated the phone number of Walker-Schaut, and the phone number of more than two dozen other clients of Walker-Schaut's counsel.

23. Walker-Schaut never provided the number 360-355-2141 to Lido Labs, never had a relationship with Lido Labs, and never gave permission for Lido Labs to send any type of communication.

24. Lido Lab's text messages are a nuisance and annoyance to Walker-Schaut. The text messages have invaded Walker-Schaut's privacy. The spam has diminished the value of Walker-Schaut's phone and Walker-Schaut's enjoyment of life.

25. The text messages were especially intrusive, frustrating, and annoying to Walker-Schaut because Lido Labs purposefully hid its identity. Walker-Schaut had no idea who was spamming, whether the spammer was somebody whom Walker-Schaut had previously told to stop, or whether it was safe for Walker-Schaut to make a do-not-call request. By not disclosing Lido Labs's identity, Lido Labs knowingly tried to prevent Walker-Schaut from monitoring and enforcing compliance with the TCPA.

## LEGAL STANDARD

26. **Washington Commercial Text Messages**. "No person conducting business in the state may initiate or assist in the transmission of an electronic commercial text message to a telephone number assigned to a Washington resident" unless the recipient has "clearly and affirmatively consented in advance." RCW 19.190.060(1), .070(1)(b).

27. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place their phone number on the national DNCR.

47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers are allowed to place their number on the DNCR. 47 C.F.R. § 64.1200(e).

28. **Identification of Caller**. The TCPA requires telemarketers to disclose the name of the individual caller and the name of the person or entity on whose behalf the call is being made. 47 C.F.R. § 64.1200(d)(4).

29. **Automatic Telephone Dialing System**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. §64.1200(a)(1). text messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

## CLASS ACTION ALLEGATIONS

30. Pursuant to Civ. R. 23(b)(2) and 23(b)(3) of the Federal Rules of Civil Procedure, Walker-Schaut brings this action on behalf of all other persons similarly situated throughout the United States.

31. Walker-Schaut proposes the following Classes:

**The Washington SMS Class**
All persons (1) who are residents of Washington (2) to whom Lido Labs initiated or assisted in the transmission of (3) one or more commercial text messages (4) within the last four years from the filing of this action.

**The DNCR Class**
All people in the United States (1) to whom Lido Labs initiated more than one telephone solicitation within any 12-month period, (2) to their cellular telephone number, (3) while their phone number was listed on the national Do Not Call Registry, (4) within the last four years from the filing of this action.

**The Failure to Identify Class**
All persons in the United States (1) to whom Lido Labs initiated more than one telemarketing call or text message within any 12-month period, (2) to their cellular telephone number, (3) without disclosing the name of the individual initiating the text messages and the name of the entity on whose behalf the text messages were made, (4) within the last four years from the filing of this action.

CLASS COMPLAINT - 11

**The ATDS Class**
All people in the United States (1) to whom Lido Labs initiated more than one or more call or text message to their cellular telephone, (2) using the same equipment or type of equipment utilized to initiate text messages to Walker-Schaut, (3) within the last four years from the filing of this action.

32. Walker-Schaut does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

33. Class members are identifiable through phone records and phone number databases.

34. There are questions of law and fact common to Walker-Schaut and the class member including but not limited to:

    i. Whether Lido Labs initiated the text messages.

    ii. Whether Lido Labs's text messages violated the law.

    iii. Whether Walker-Schaut and class members are entitled to statutory damages, trebled damages, and injunctive relief.

35. Walker-Schaut's claims are typical of the claims of the class members. Walker-Schaut's claims, like the class members' claims, arise out of the same common course of conduct by Lido Labs and are based on the same legal and remedial theories.

36. Walker-Schaut is an adequate representative of the class because Walker-Schaut's interests do not conflict with the interests of the class members, Walker-Schaut will fairly and adequately protect the interests of the class members, and Walker-Schaut is represented by counsel skilled and experienced in class actions, including TCPA class actions.

37. Common questions of law and fact predominate over questions affecting only individual class members.

38. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple

CLASS COMPLAINT - 12

individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

39. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

### FIRST CAUSE OF ACTION
### Illegal Commercial Text Messages to Washington Residents
### (On Behalf of Walker-Schaut and the Washington SMS Class)

40. Lido Labs violated RCW 19.190.060 by initiating or assisting in the transmission of commercial text messages to Walker-Schaut and members of the Washington SMS Class without consent. RCW 19.190.060(1), .070(1)(b).

41. Walker-Schaut and members of the Washington SMS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. RCW 19.190.040(1).

42. The court should award attorney's fees and costs. RCW 19.86.090; see also *Wright v. Lyft, Inc.*, 189 Wash. 2d 718 (2017) (finding a violation of RCW 19.190.040 is a violation of Washington's Consumer Protection Act and establishes both the injury and causation elements thereof).

43. The court should enjoin such violations. RCW 19.86.090.

### SECOND CAUSE OF ACTION
### Illegal Solicitation of Persons on the DNCR
### (On Behalf of Walker-Schaut and the Do Not Call Class)

44. Lido Labs violated 47 C.F.R. § 64.1200(c)(2) by initiating text messages to Walker-Schaut and members of the DNCR Class while their phone numbers were on the DNCR.

45. Walker-Schaut and members of the DNCR Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

46. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

47. The court should enjoin such violations. *Id*.

## THIRD CAUSE OF ACTION
### Failure To Identify
### (On Behalf of Walker-Schaut and the Failure to Identify Class)

48. Lido Labs violated 47 C.F.R. § 64.1200(d)(4) by initiating text messages to Walker-Schaut and members of the Failure to Identify Class without disclosing the name of the individual initiating the text messages and the name of the person or entity on whose behalf the text messages were made.

49. Walker-Schaut and members of the Failure to Identify Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

50. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

51. The court should enjoin such violations. *Id*.

## FOURTH CAUSE OF ACTION
### Illegal Use of an Automatic Telephone Dialing System
### (On Behalf of Walker-Schaut and ATDS Class)

52. Lido Labs violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Walker-Schaut and members of the ATDS Class.

53. Walker-Schaut and members of the ATDS Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

54. The court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

55. The court should enjoin such violations. *Id*.

## RELIEF REQUESTED

Walker-Schaut respectfully requests the Court grant the following relief:

A. Certification of the proposed Classes;

B. Appointment of Walker-Schaut as class representative;

C. Appointment of the undersigned as lead counsel for the Classes;

CLASS COMPLAINT - 14

D. Injunctive relief as set forth above;

E. An award of damages to Walker-Schaut and class members, as allowed by law;

F. An award of fees, costs, and interest, as allowed by law; and

G. Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Walker-Schaut requests a jury trial as to all claims of the Complaint so triable.

DATED October 20, 2023

Respectfully submitted,

*/s/ Conner Spani*
Conner Spani, WSBA #58788
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
conner.spani@lawhq.com

*Attorney for Plaintiff*

CLASS COMPLAINT - 15