The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Christy Walker-Schaut, | Case No. 3:23-cv-05944 |
| Plaintiff, | **ORDER IN SUPPORT OF LIDO LABS' MOTION TO STAY DISCOVERY** |
| v. | |
| Lido Labs Holding Company, | |
| Defendant. | Action filed: October 20, 2023 |

Before the Court is Defendant Lido Labs Holding Company's ("Lido Labs") Motion to Stay Discovery. Having reviewed and considered the parties' respective papers and all other matters presented to the Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Lido Labs' Motion to Stay Discovery is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
troutman@troutmanamin.com

ORDER GRANTING MOTION TO STAY
Case No. 3:23-cv-05944 - 1

Presented by:

*/s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington  98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com

*/s/ Brittany Andres*
Brittany Andres, CA Bar #340856 (pro hac vice)
Eric J. Troutman, CA Bar #229263 (pro hac vice)
TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Tel: (949) 350-5612
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com

ORDER GRANTING MOTION TO STAY
Case No. 3:23-cv-05944 - 2